

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00369-CV

| | | |
|---|---|---|
| Peggy M. Blackburn | § | From the 43rd District Court |
| | § | of Parker County (CV06-0012) |
| v. | | |
| | § | May 7, 2015 |
| Gilden B. Blackburn | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the trial court's judgment to the extent that it adjudicated any healthcare reimbursement claims and render judgment that no such claims were raised or adjudicated. We affirm the trial court's judgment as modified.

It is further ordered that each party shall bear his or her own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot